IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        CASE NO. 1:10-cv-00084-MP-AK

$18,508.00 IN UNITED STATES CURRENCY,

    Defendant.

_____/

## **DECREE OF FORFEITURE**

This matter is before the Court on Doc. 6, Motion for Forfeiture of Property, filed by the United States of America. On May 7, 2010, a Verified Complaint of Forfeiture In Rem against the defendant property, $18,508.00 in United States Currency, was filed on behalf of the Plaintiff, United States of America. The Complaint alleges that the defendant property is forfeitable to the United States of America pursuant to 21 U.S.C. § 881 (a)(6).

It appears that process was fully issued in this action according to law:

That a Notice of Forfeiture Action was published on an official government Internet site, www.forfeiture.gov, for 30 consecutive days beginning May 11, 2010, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions.

That C. Valentine Bates, attorney for potential claimants Dresdin L. Boglin and James Coe, was notified of the pending forfeiture action by certified mail on June 14, 2010.

That Donald C. Quinn, potential claimant, was notified of the pending forfeiture action by certified mail on or about June 11, 2010.

No person or entity has filed a claim.

**NOW THEREFORE**, on Motion of the Plaintiff, United States of America, for a Decree of Forfeiture, it is hereby

**ORDERED AND ADJUDGED:**

Defendant property, $18,508.00 in United States Currency, shall be forfeited to the United States of America and no right, title or interest in the property shall exist in any other party. The defendant property shall be disposed of according to law.

**DONE AND ORDERED** this  *25th*  day of August, 2010

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge